

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00074-CV

Alison **MAYNARD** and Richard Carlisle,
Appellants

v.

Mark **BANKSTON**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2024-CI-00306
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE SPEARS, AND JUSTICE MCCRAY

The trial court's "Order on Mark Bankston's Motion to Dismiss" (the "Order") is AFFIRMED IN PART as to the granting of appellee's motion to dismiss appellants' claims pursuant to the Texas Citizens Participation Act. The Order is AFFIRMED AS MODIFIED as it relates to decretal paragraph number five to reflect sanctions rendered pursuant to Texas Civil Practices & Remedies Code 27.009(a)(2). The Order is REVERSED as it relates to decretal paragraphs numbers two and three awarding appellant attorney's fees for appellee Bankston's *pro se* representation and judgment is RENDERED removing the award of attorney's fees in connection with appellee's *pro se* self-representation in the trial court and in this court.

We order the costs of this appeal to be paid by the parties who incurred them.

SIGNED May 21, 2025.

_____
Lori I. Valenzuela, Justice